IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KRISTA NATIONS**                                                                    **PLAINTIFF**

VS.                                            CIVIL ACTION NO. 5:07cv1 DCB-JMR

**ISLE OF CAPRI CASINOS, INC.**                                    **DEFENDANT**

**ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

THIS MATTER is before the Court on Plaintiff's Motion for an Extension of Time to Respond to the Defendant's Motion for Summary Judgment. Court finds that Plaintiff's Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff has until Monday, April 21, 2008, within which to serve her response to the Defendant's Motion for Summary Judgment.

SO ORDERED this the   21st   day of April, 2008.

                                                         s/ David Bramlette
                                                    UNITED STATES DISTRICT JUDGE

Submitted by:

Louis H. Watson, Jr.
LOUIS H. WATSON, JR., P.A.
520 E. Capitol Street
Jackson, MS 39201-2703